# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARILYN KENT,<br>**Plaintiff,**<br><br>v.<br><br>PHILA DEPARTMENT OF HUMAN SERVICES,<br>**Defendant.** | CIVIL ACTION NO. 19-CV-2710 |

**FILED**
JUN 27 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 27th day of June, 2019, upon consideration of Plaintiff Marilyn Kent's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DISMISSED** as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to close this case.

4. No later than **August 1, 2019**, Kent shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages and filed only in Civil Action 19-2710, stating why the Court should not enjoin her from filing any more civil actions concerning the identical, untimely allegations she has raised in Civil Actions 19-2710, 19-1598, and 11-2558, namely claims based on: her being raped, impregnated by a rapist, stalked, and assaulted with a tire iron; her daughter being raped, assaulted, kidnapped, and having to undergo visitations with a

"registered child abuser."

BY THE COURT:

/s/ Juan R. Sánchez
_____
JUAN R. SÁNCHEZ, C.J.